UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 14-3966-DMG (PJWx) | Date | August 14, 2014 |
|---|---|---|---|
| Title | Angel Perez, et al. v. Wells Fargo Bank, N.A. | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** IN CHAMBERS - ORDER AND NOTICE TO PARTIES

In light of Plaintiffs' Notice of Voluntary Dismissal filed on August 12, 2014 [Doc. # 14], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a).

IT IS SO ORDERED.